**Kyle Tognan, Esq. (NJ Bar No. 128372014)**
**BATHGATE, WEGENER & WOLF, P.C.**
**One Airport Road**
**P.O. Box 2043**
**Lakewood, New Jersey 08701**
**Phone: 732-363-0666**
*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BARRY RICKERT and CAROL RICKERT, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CALIBER HOME LOANS, INC., VERICREST INSURANCE SERVICES, LLC, AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, and VOYAGER INDEMNITY INSURANCE COMPANY, <br><br> Defendants. | CIVIL ACTION <br><br> Case No. 3:17-cv-06677 <br><br><br> Judge Brian R. Martinotti <br><br><br> Magistrate Judge Douglas E. Arpert |

### PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND APPOINTMENT OF <u>CLASS REPRESENTATIVES</u>

Plaintiffs Barry and Carol Rickert ("Plaintiffs"), on behalf of themselves and all others similarly situated, respectfully submit their Unopposed Motion for Final Approval of Class Action Settlement, Certification of Settlement Class, and

Appointment of Class Representatives. In support thereof, Plaintiffs have contemporaneously filed a Memorandum of Law and the Declaration of Howard Bushman, with exhibits thereto. Defendants Caliber Home Loans, Inc. ("Caliber"), Vericrest Insurance Services, LLC ("Vericrest") (Caliber and Vericrest shall be collectively referred to as "Caliber"), American Security Insurance Company ("ASIC"), Standard Guaranty Insurance Company ("SGIC"), and Voyager Indemnity Insurance Company ("VIIC") (ASIC, SGIC, and VIIC are collectively referred to herein as the "Assurant Defendants"), consent, for settlement purposes only, to Plaintiffs' requested relief contained therein. For the reasons set forth in the Memorandum of Law, Plaintiffs respectfully request that the Court grant their Unopposed Motion for Final Approval of Class Action Settlement, Certification of Settlement Class, and Appointment of Class Representatives, and enter the accompanying [Proposed] Order.

Dated: February 15th, 2019

Respectfully submitted,

/s/ *Kyle Tognan*
Kyle Tognan, Esq.
ktognan@bathweg.com
**BATHGATE WEGENER & WOLFE**
One Airport Road, P.O. Box 2043
Lakewood, New Jersey 08701
Phone: (732)-363-0666;
Fax: (732)-363-9864

**THE MOSKOWITZ LAW FIRM, PLLC**
By: */s/Adam M. Moskowitz*
Adam M. Moskowitz, Esq. (*Pro Hac Vice*)
adam@moskowitz-law.com
Howard M. Bushman, Esq. (*Pro Hac Vice*)
howard@moskowitz-law.com
Joseph M. Kaye, Esq. (*Pro Hac Vice*)
joseph@moskowitz-law.com
2 Alhambra Plaza
Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

*Attorneys for Plaintiffs and*
*The Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

/s/ Kyle Tognan
Kyle Tognan (Bar No. 128372014)